UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

ROHAN DAUSWELL,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 555 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the October 14, 2022, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  January 4, 2023
          White Plains, New York

                                                         Respectfully submitted,

                                                            ANDREW E. KRAUSE
                                                            United States Magistrate Judge

January 4, 2023

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                      **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge